**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-1062**

S. REBECCA DACHMAN,

Plaintiff - Appellant,

versus

JAY P. SIEGEL; KAREN D. WEISS; WILLIAM DAVID
SCHWIETERMAN; PATRICIA KEEGAN; JANE AND JOHN
DOES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Andre M. Davis, District Judge.  (CA-00-
965-AMD)

Submitted:  June 20, 2001          Decided:  July 13, 2001

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

S. Rebecca Dachman, Appellant Pro Se.  Stephen Matthew Schenning,
United States Attorney, Lynne Ann Battaglia, Michael Anthony
DiPietro, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Mary-
land, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

S. Rebecca Dachman appeals the district court's orders granting Defendants' motion to dismiss, or in the alternative, for summary judgment, and denying her motion for reconsideration, in this Bivens[*] action. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dachman v. Siegel, No. CA-00-965-AMD (D. Md. Dec. 4 & 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971).